THE STATE EX REL. EBLIN, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Eblin v. Indus. Comm.* (1998), 83 Ohio St.3d 122.]

(No. 96–2136—Submitted July 8, 1998—Decided September 16, 1998.)

*Law Office of Thomas Tootle* and *Thomas Tootle,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant
Attorney General, for appellees.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

RESNICK and F.E. SWEENEY, JJ., dissent.

**ALICE ROBIE RESNICK, J., dissenting.** I would reverse the judgment of the
court of appeals.

F.E. SWEENEY, J., concurs in the foregoing dissenting opinion.

THE STATE EX REL. ELDRIDGE, APPELLANT, *v.* DEVERY,
ACTING ADMR., ET AL., APPELLEES.

[Cite as *State ex rel. Eldridge v. Devery* (1998), 83 Ohio St.3d 122.]

(No. 97–583—Submitted July 15, 1998—Decided September 16, 1998.)

*Mark B. Weisser*, for appellant.

*Betty D. Montgomery*, Attorney General, and *William D. Haders*, Assistant Attorney General, for appellees.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., dissents.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals.

---

THE STATE EX REL. FATTLAR, APPELLANT, *v.* BOYLE, MAYOR, ET AL., APPELLEES.

[Cite as *State ex rel. Fattlar v. Boyle* (1998), 83 Ohio St.3d 123.]

(No. 97–1910—Submitted June 24, 1998—Decided September 16, 1998.)